# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: 1:18–cv–02810–LMM

| | |
|---|---|
| Doubletap Defense, LLC v. Hornady Manufacturing Co. | Date Filed: 06/07/2018 |
| Assigned to: Judge Leigh Martin May | Date Terminated: 10/17/2018 |
| Cause: 28:1332 Diversity–Breach of Contract | Jury Demand: None |
| | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Doubletap Defense, LLC**   represented by   **Matthew Dempsey Treco**
Kaufman & Forman, P.C.
Building 800
8215 Roswell Rd.
Atlanta, GA 30350
770–390–9200
Email: mdt@kauflaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Kaufman**
Kaufman & Forman, P.C.
Building 800
8215 Roswell Rd.
Atlanta, GA 30350
770–390–9200
Email: rjk@kauflaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hornady Manufacturing Co.**   represented by   **Andre R. Barry**
Cline Williams Wright Johnson & Oldfather, LLP
233 South 13th Street
Lincoln, NE 68508
402–474–6900
Email: abarry@clinewilliams.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan D. Clark**
Cline Williams Wright Johnson & Oldfather, LLP
233 South 13th Street
Lincoln, NE 68508
402–474–6900
Email: nclark@clinewilliams.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph C. Chancey**
Drew Eckl & Farnham – ATL
Suite 3500
303 Peachtree Street, N.E.
Atlanta, GA 30308
404–885–1400
Email: JChancey@deflaw.com
*ATTORNEY TO BE NOTICED*

**Sonya Truman Jacobs**
Drew Eckl & Farnham – ATL
Suite 3500
303 Peachtree Street, N.E.
Atlanta, GA 30308
404–885–1400
Fax: 4040–876–0992.
Email: sjacobs@deflaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2018 | Ï 1 | COMPLAINT filed by Doubletap Defense, LLC. (Filing fee $400, receipt number 113E–7931171) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Civil Cover Sheet)(tcc) Please visit our website at http://www.gand.uscourts.gov/commonly–used–forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 06/08/2018) |
| 06/08/2018 | Ï 2 | First AMENDED COMPLAINT against Hornady Manufacturing Co. filed by Doubletap Defense, LLC. (Attachments: # 1 Exhibit 1 – Agreement, # 2 Exhibit 2 – Letter)(Kaufman, Robert) Please visit our website at http://www.gand.uscourts.gov/commonly–used–forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 06/08/2018) |
| 06/26/2018 | Ï 3 | STANDING ORDER REGARDING CIVIL LITIGATION. Signed by Judge Leigh Martin May on 6/26/2018. (btql) (Entered: 06/26/2018) |
| 07/13/2018 | Ï 4 | NOTICE of Appearance by Matthew Dempsey Treco on behalf of Doubletap Defense, LLC (Treco, Matthew) (Entered: 07/13/2018) |
| 07/13/2018 | Ï 5 | Certificate of Interested Persons by Doubletap Defense, LLC. (Treco, Matthew) (Entered: 07/13/2018) |
| 07/13/2018 | Ï | Clerks Notation re 5 Certificate of Interested Persons, reviewed and approved by LMM. (rvb) (Entered: 07/13/2018) |
| 07/13/2018 | Ï | Clerks Notation re 5 Certificate of Interested Persons, reviewed and approved by LMM. (rvb) (Entered: 07/13/2018) |
| 07/16/2018 | Ï 6 | WAIVER OF SERVICE Returned Executed by Doubletap Defense, LLC. Hornady Manufacturing Co. waiver mailed on 6/8/2018, answer due 8/7/2018. (Treco, Matthew) (Entered: 07/16/2018) |
| 08/07/2018 | Ï 7 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Joseph C. Chancey on behalf of Hornady Manufacturing Co. (Chancey, Joseph) (Entered: 08/07/2018) |
| 08/07/2018 | 8 | NOTICE of Appearance by Sonya Truman Jacobs on behalf of Hornady Manufacturing Co. (Jacobs, Sonya) (Entered: 08/07/2018) |
| 08/07/2018 | 9 | Consent MOTION for Extension of Time File Answer, File Initial Disclosures, Hold Rule 26(f) Conference, and File Joint Preliminary Report and Discovery Plan by Doubletap Defense, LLC. (Attachments: # 1 Text of Proposed Order)(Treco, Matthew) (Entered: 08/07/2018) |
| 08/08/2018 | 10 | ORDER granting 9 Motion for Extension of Time to Answer re 2 Amended Complaint. Hornady Manufacturing Co. Answer due 8/20/2018. Pretrial deadlines outlined within the Order. Signed by Judge Leigh Martin May on 8/8/18. (hfm) (Entered: 08/08/2018) |
| 08/15/2018 | 11 | APPLICATION for Admission of Andre R. Barry Pro Hac Vice (Application fee $ 150, receipt number 113E−8083323)by Hornady Manufacturing Co.. (Attachments: # 1 Text of Proposed Order)(Chancey, Joseph) (Entered: 08/15/2018) |
| 08/15/2018 | 12 | APPLICATION for Admission of Nathan D. Clark Pro Hac Vice (Application fee $ 150, receipt number 113E−8083353)by Hornady Manufacturing Co.. (Attachments: # 1 Text of Proposed Order)(Chancey, Joseph) (Entered: 08/15/2018) |
| 08/20/2018 | 13 | MOTION to Dismiss *or In the Alternative MOTION to Transfer Venue* with Brief In Support by Hornady Manufacturing Co.. (Attachments: # 1 Brief)(Chancey, Joseph) . Added MOTION to Transfer Case on 8/21/2018 (hfm). (Entered: 08/20/2018) |
| 08/20/2018 | 14 | Corporate Disclosure Statement by Hornady Manufacturing Co. by Hornady Manufacturing Co..(Chancey, Joseph) (Entered: 08/20/2018) |
| 08/20/2018 | 15 | MOTION to Stay *Preliminary Deadlines Pending Ruling on Motion to Dismiss* by Hornady Manufacturing Co.. (Attachments: # 1 Text of Proposed Order)(Chancey, Joseph) (Entered: 08/20/2018) |
| 08/20/2018 | | Clerks Notation re 14 Corporate Disclosure Statement, reviewed and approved by LMM. (rvb) (Entered: 08/20/2018) |
| 08/23/2018 | | RETURN of 12 APPLICATION for Admission of Nathan D. Clark Pro Hac Vice (Application fee $ 150, receipt number 113E−8083353) to attorney for correction re: courts. (pmb) (Entered: 08/23/2018) |
| 08/24/2018 | | APPROVAL by Clerks Office re: 11 APPLICATION for Admission of Andre R. Barry Pro Hac Vice (Application fee $ 150, receipt number 113E−8083323). Attorney Andre R. Barry added appearing on behalf of Hornady Manufacturing Co. (pmb) (Entered: 08/24/2018) |
| 08/24/2018 | 16 | APPLICATION for Admission of Nathan D. Clark Pro Hac Vice by Hornady Manufacturing Co.. (Chancey, Joseph) (Entered: 08/24/2018) |
| 08/26/2018 | | ORAL ORDER granting 11 Application for Admission Pro Hac Vice as to Andre R. Barry. Approved by Judge Leigh Martin May on 08/26/2018. (rvb) (Entered: 08/26/2018) |
| 08/29/2018 | | APPROVAL by Clerks Office re: 16 APPLICATION for Admission of Nathan D. Clark Pro Hac Vice. Attorney Joseph C. Chancey added appearing on behalf of Hornady Manufacturing Co. (Application fee $ 150, receipt number 113E−8083353) (jkm) (Entered: 08/29/2018) |
| 08/29/2018 | | ORAL ORDER granting 16 Application for Admission Pro Hac Vice as to Nathan D. Clark. Approved by Judge Leigh Martin May on 08/29/2018. (rvb) (Entered: 08/29/2018) |
| 09/04/2018 | 17 | |

| | | |
|---|---|---|
| | | RESPONSE in Opposition re 13 MOTION to Dismiss *or In the Alternative to Transfer Venue* MOTION to Transfer Case filed by Doubletap Defense, LLC. (Kaufman, Robert) (Entered: 09/04/2018) |
| 09/07/2018 | Ï | Submission of 15 MOTION to Stay *Preliminary Deadlines Pending Ruling on Motion to Dismiss*, to District Judge Leigh Martin May. (hfm) (Entered: 09/07/2018) |
| 09/11/2018 | Ï 18 | ORDER granting Defendant's Motion to Extend Preliminary Deadlines Pending Ruling on Defendant's Motion to Dismiss or In the Alternative to Transfer Venue 15 . Signed by Judge Leigh Martin May on 9/11/18. (ddm) (Entered: 09/11/2018) |
| 09/18/2018 | Ï 19 | REPLY BRIEF re 13 MOTION to Dismiss *or In the Alternative to Transfer Venue* MOTION to Transfer Case filed by Hornady Manufacturing Co.. (Chancey, Joseph) (Entered: 09/18/2018) |
| 09/19/2018 | Ï | Submission of 13 MOTION to Dismiss *or In the Alternative to Transfer Venue* MOTION to Transfer Case, to District Judge Leigh Martin May. (hfm) (Entered: 09/19/2018) |
| 10/17/2018 | Ï 20 | ORDER GRANTING Defendant's Motion to Dismiss or in the Alternative to Transfer Venue 13 , to the extent the Motion seeks transfer. The Clerk is DIRECTED to transfer this case to the United States District Court for the District of Nebraska and to CLOSE this case in the Northern District of Georgia. Signed by Judge Leigh Martin May on 10/17/2018. (btql) (Entered: 10/17/2018) |
| 10/17/2018 | Ï | Case electronically transferred to District of Nebraska. (btql) (Entered: 10/17/2018) |
| 10/17/2018 | Ï | Civil Case Terminated. (btql) (Entered: 10/17/2018) |