IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOUBLETAP DEFENSE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> HORNADY MANUFACTURING CO., <br><br> Defendant. | **8:18CV492** <br><br> **ORDER** |

Andre R. Barry, as counsel of record for Defendant, filed a Notice of Withdrawal of attorneys Joseph C. Chancey and Sonya T. Jacobs, who served as local counsel when this action was pending in the United States District Court for the Northern District of Georgia, Atlanta Division.

IT IS ORDERED that the motion to permit Joseph C. Chancey and Sonya T. Jacobs to withdraw ([Filing No. 32](#)), is granted.

Dated this 1st day of November, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge