IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DOUBLETAP DEFENSE, LLC, | 8:18CV492 |
| Plaintiff, | |
| vs. | PROGRESSION ORDER |
| HORNADY MANUFACTURING CO., | (AMENDED) |
| Defendant. | |

The parties joint email motion to extend certain progression deadlines is granted.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is November 1, 2019. Motions to compel discovery under Rules 33, 34, and 36 must be filed by November 15, 2019
**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deadline for identifying expert witnesses expected to testify at the trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#)), is now September 27, 2019.

3) The deadline for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#)), is November 29, 2019.

4) The deposition deadline is December 20, 2019.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

5) The deadline for filing motions to dismiss and motions for summary judgment is January 10, 2020.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 10, 2020.

Dated this 13th day of September, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge