IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOUBLETAP DEFENSE, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HORNADY MANUFACTURING CO.,<br><br>　　　　　Defendant. | **8:18CV492**<br><br>**PROGRESSION ORDER** |

This matter is before the court on the parties' Stipulation and Joint Motion for Extension of Deadlines. After consideration, IT IS ORDERED that the Stipulation and Joint Motion for Extension of Deadlines (Filing No. 75) granted is as follows:

1) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   　　For the defendant(s):　　　July 31, 2020.
   　　For plaintiff(s)' rebuttal:　　August 14, 2020.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is July 24, 2020.

3) The deadline for filing motions to dismiss, motions for summary judgment and motions to exclude testimony on *Daubert* and related grounds is September 11, 2020.

Dated this 26th day of June, 2020.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge