IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOUBLETAP DEFENSE, LLC,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>HORNADY MANUFACTURING CO.,<br><br>　　　　　　　Defendant. | **8:18CV492**<br><br>**ORDER** |

After conferring with counsel, IT IS ORDERED that the final progression order is extended as follows:

1) A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **October 7, 2020** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The expert deposition deadline is September 18, 2020.

3) The deadline for filing motions to dismiss, motions for summary judgment and motions to exclude testimony on *Daubert* and related grounds is October 16, 2020.

4) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 28th day of July, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge