IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DOUBLETAP DEFENSE, LLC,

        Plaintiff,

vs.

HORNADY MANUFACTURING CO.,

        Defendant.

**8:18CV492**

**ORDER**

After conferring with counsel,

IT IS ORDERED:

1) Plaintiff's anticipated additional or supplemental expert disclosure shall be served on or before October 14, 2020.

2) The deadline for moving to strike the additional or supplemental expert disclosure, for summary judgment, and for excluding expert testimony on Daubert or related grounds is extended to October 21, 2020. Plaintiff's response shall be filed on or before November 4, 2020, and any reply shall be filed on or before November 12, 2020.

3) A status conference to discuss the parties' interest in settlement will be held with the undersigned magistrate judge on **December 8, 2020** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4) On or before October 21, 2020, counsel shall advise the undersigned magistrate judge regarding the availability of material witnesses, including expert witnesses, for the trial dates suggested during the conference call held today.

Dated this 7th day of October, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge