IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOUBLETAP DEFENSE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HORNADY MANUFACTURING CO.,<br><br>Defendant. | **8:18CV492**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Matthew D. Treco, as counsel of record for Plaintiff, (Filing No. 101), is granted. Matthew D. Treco shall no longer receive electronic notice in this case.

Dated this 6th day of November, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge