IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOUBLETAP DEFENSE, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>HORNADY MANUFACTURING CO.,<br><br>            Defendant. | **8:18CV492**<br><br>**ORDER** |

After conferring with counsel and with Judge Bataillon's chambers,

IT IS ORDERED:

1) The non-jury trial of this case is set to commence before Joseph F. Bataillon, Senior United States District Judge, in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 8:30 a.m. on **October 12, 2021**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **September 21, 2021** at **9:00 a.m.**, and will be conducted by internet/telephonic conferencing. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on September 20, 2021.

Dated this 8th day of December, 2020.

                                                                                           BY THE COURT:

                                                                                          *s/ Cheryl R. Zwart*
                                                                                           United States Magistrate Judge