IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DOUBLETAP DEFENSE, LLC** | ) | Case No. 8:18cv492 |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| **HORNADY MANUFACTURING CO.** | ) | |
| Defendant. | ) | |

Counsel for the plaintiff notified the court on May 6, 2022, that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Exhibits 1-7,11-12,14-16, 20, and 26-27 from non-jury trial held October 12-13, 2021

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: May 6, 2022

BY THE COURT

s/ Joseph F. Bataillon
Senior United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15